# Court of Appeals
# of the State of Georgia

ATLANTA,  December 06, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0173.  MICHAEL BRIAN FINDLEY v. A-TOW et al.**

On August 2, 2019, the trial court awarded attorney fees under OCGA § 9-11-37 and OCGA § 9-15-14 against Michael Brian Findley.  Findley filed a motion for reconsideration from that order, which the trial court denied on October 15, 2019.  Findley then filed an application for discretionary review on November 13, 2019.  We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Moreover, a motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order, and the denial of a motion for reconsideration is not appealable in its own right.  See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).

Findley untimely filed his discretionary application 103 days after the trial court's attorney fee award.  His motion for reconsideration did not extend the time to appeal that order, and the denial of his motion for reconsideration is not itself appealable.  See OCGA § 5-6-35 (d); *Bell*, 244 Ga. App. at 510-511; *Savage*, 173 Ga. App. at 271.

Accordingly, this application for discretionary appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,   12/06/2019   *
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*